Hostler, Appellant, *v.* Gilliam.

Argued December 8, 1971. *I. B. Sinclair*, with him *Bell, Harvey, Pugh and Sinclair*, for appellant; *Robert M. Hodge*, for appellee.

Order affirmed.